IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VANCE H. SMITH, M.D., et al.,

    Plaintiffs,

vs.                                                                    Civ. No. 92-641 LH/WWD

EASTERN NEW MEXICO MEDICAL
CENTER, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter having come before the Court upon the Opposed Motion for Leave to Serve Interrogatories [409] filed by Defendants on March 3, 1999; the Court having reviewed the submissions of counsel and being otherwise fully advised in the premises; and the Court finding that the motion is not well taken;

**IT IS ORDERED** that Defendants' Opposed Motion for Leave to Serve Interrogatories [409] be, and it is hereby, denied.

_____
UNITED STATES MAGISTRATE JUDGE